# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vratil, Kathryn H. | District of Kansas | 12/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior | ☐ Nomination     Date<br>☐ Initial    ☑ Annual     ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
500 State Avenue
Suite 529
Kansas City, Kansas 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Director | The Rehabilitation Institute Foundation |
| 4. | Director | Federal Judges Association |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | AT&T Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 17-18 | Washington, DC | Board of Directors meeting | Lodging and Subsistance |
| 2. | University of Miami Class Action Conference | December 1-2 | Miami, Florida | Class Action Forum | Lodging and Subsistance |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Education | Student Loans | K |
| 2. | Citibank NY State | Student Loans | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Life Ins. Policies (whole life) | B | Dividend | J | T | | | | | |
| 2. Massachusetts Mutual Life Ins. Policy (whole life) | C | Dividend | L | T | | | | | |
| 3. Othologic Corp. (IRA) | | None | J | T | | | | | |
| 4. California Amplifier (IRA) | | None | J | T | | | | | |
| 5. iShares MSCI Emrg Mkt Fd Emerging | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 6. | | | | | Buy | 12/29/16 | J | | |
| 7. Schwab Cash Reserves | A | Dividend | | | Sold | 12/14/16 | J | | |
| 8. Schwab Cash Reserves (IRA) | A | Interest | J | T | | | | | |
| 9. Schwab 1 Cash Acct. | A | Interest | | | Sold | 12/14/16 | J | | |
| 10. Schwab Cash Reserves Sweep Shares (Trust #1) | A | Interest | M | T | | | | | |
| 11. Technology Select Sector SPDS a/k/a Sector | A | Dividend | K | T | | | | | |
| 12. Vanguard Total Stock Mkt | A | Dividend | | | Sold (part) | 03/09/16 | J | C | |
| 13. | | | | | Sold (part) | 04/11/16 | J | C | |
| 14. | | | | | Sold (part) | 06/01/16 | J | C | |
| 15. | | | | | Sold (part) | 06/14/16 | J | C | |
| 16. | | | | | Sold (part) | 07/12/16 | J | C | |
| 17. | | | | | Sold | 10/05/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Bank | A | Interest | | | Sold | 03/01/16 | J | | |
| 19. Schwab Bank Deposit | A | Interest | | | Sold | 12/16/16 | J | | |
| 20. Commerce Bank (Trust #2) | A | Interest | J | T | | | | | |
| 21. Cash-Edward Jones Account (Trust #3) | | None | | | Sold | 01/20/16 | J | | |
| 22. Wyandotte County Kansas City Rev. Bonds 4.125% (Trust #3) | A | Interest | | | Sold | 05/13/16 | J | | |
| 23. Kansas St. Dev Fin. Auth. Rev. Bonds (Trust #3) | A | Interest | | | Sold | 05/13/16 | J | | |
| 24. Olathe KS Ser 218 GO Bonds (Trust #3) | A | Interest | | | Sold | 05/13/16 | J | | |
| 25. Wyandotte Tnty KS City KS Rev. Bonds (Trust #3) | A | Interest | | | Sold | 05/13/16 | J | | |
| 26. Invesco Gib 45 Div Stgy 2015-1 Unit Trust (Trust #3) | A | Dividend | | | Matured | 04/06/16 | J | | |
| 27. AT&T Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | B | |
| 28. Berkshire Hathaway Inc. C1 B (Trust #3) | | None | | | Sold | 03/22/16 | J | A | |
| 29. Caterpillar Inc.(Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 30. Chevron Corp. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 31. Coca Cola Co. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 32. ConocoPhillips (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | B | |
| 33. Express Scripts Hldg Co. (Trust #3) | | None | | | Sold | 03/22/16 | J | | |
| 34. Exxon Mobil Corp (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Mills Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 36. Home Depot Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 37. IBM (Trust #3) | A | Dividend | | | Sold | 03/22/16 | K | | |
| 38. Illinois Tool Works Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | B | |
| 39. JP Morgan Chase & Co. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 40. McDonalds Corp (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | B | |
| 41. Medtronic PLC (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 42. Merck & Co Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 43. Microsoft Corp (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 44. Pfizer Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 45. Phillip Morris INTL Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | B | |
| 46. Phillips 66 (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 47. Potash Corp Sask (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 48. Principal Financial Group Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 49. Proctor & Gamble Co. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | K | B | |
| 50. US Bancorp (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 51. Walt Disney Co. (Trust #3) | | None | | | Sold | 03/22/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Waste Management Inc. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 53. Westar Energy (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 54. Zoetis Inc. (Trust #3) | | None | | | Sold | 03/22/16 | J | | |
| 55. 3M Co. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | K | B | |
| 56. Franklin Equity Income Fund A (Trust #3) | | None | | | Sold | 03/11/16 | J | | |
| 57. Franklin Income Fund C1 A (Trust #3) | A | Dividend | | | Sold | 03/11/16 | K | | |
| 58. Franklin Mut Glbl Dscv Fd C1 A (Trust #3) | | None | | | Sold | 03/11/16 | J | | |
| 59. Nuveen KS Muni Bond Fund C1 A (Trust #3) | A | Dividend | | | Sold | 03/11/16 | J | A | |
| 60. Templeton Global Bond Fund A (Trust #3) | A | Dividend | | | Sold | 03/11/16 | K | | |
| 61. Energy Transfer Partners L.P. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 62. Ferrellgas Partners L.P. (Trust #3) | A | Dividend | | | Sold | 03/22/16 | J | | |
| 63. Bond Fund of America C1 C (IRA) | A | Dividend | J | T | | | | | |
| 64. Capital World Grth & Incm C1 C (IRA) | A | Dividend | J | T | | | | | |
| 65. Europacific Growth Fund C1 C (IRA) | A | Dividend | J | T | | | | | |
| 66. Franklin Founding Fd Alloc C (IRA) | A | Dividend | J | T | | | | | |
| 67. Growth Fund of America C1 C (IRA) | A | Dividend | J | T | | | | | |
| 68. Investment Co of America C1 C (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lord Abbett Developing Grwth A (IRA) | | None | J | T | | | | | |
| 70. Washington Mutual Invs FD F1 (IRA) | A | Dividend | J | T | | | | | |
| 71. Cash account-Edward Jones (IRA) | | None | J | T | | | | | |
| 72. Bank account-Charles Schwab (Trust #3) | A | Interest | | | Sold | 11/15/16 | M | | |
| 73. Schwab Deposit Account (X) (Trust #2) | A | Interest | K | T | Buy | 02/10/16 | J | | |
| 74. Bank of America (X) (Trust #3) | A | Interest | M | T | Buy | 09/24/16 | K | | |
| 75. Wyandotte ETC K 4.125% (X) (Trust #1) | A | Interest | J | T | Buy | 05/13/16 | J | | |
| 76. KS ST DEV FA 4.4% (X) (Trust #1) | A | Interest | J | T | Buy | 05/13/16 | J | | |
| 77. Olathe KS 4% 29 DB (X) (Trust #1) | A | Interest | J | T | Buy | 05/13/16 | J | | |
| 78. Wyandotte ETC KS 4.75% (X) (Trust #1) | A | Interest | J | T | Buy | 05/13/16 | J | | |
| 79. Edward Jones Cash Acct. (X) (Trust #1) | A | Interest | | | Buy | 09/07/16 | J | | |
| 80. | A | Interest | | | Sold | 11/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 12/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathryn H. Vratil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544